# 1682-14

ORIGINAL

12/9/14

Lawrence Edwards Jackson

vs                                    COA No. 09-13-00337-CR

The State of Texas

RECEIVED
COURT OF CRIMINAL APPEALS
DEC 31 2014

Abel Acosta, Clerk
FILED IN
T OF CRIMINAL APP
DEC 31
Abel Acosta, Clerk

Trial Cause No. 12-07-07637 CR   On Appeal from the
Comal Texas  221 District Court of Montgomery County, Texas

Comes now Lawrence Edwards Jackson filing a pro se petition for review. Appellants petition for discretionary review.

Appellants was given excessive amount of time for drug found on ground which was not found on Appeatant. 60 yrs for a dime rock found on ground by officer there was no proff as to who drug belong to no vidio. Only Officer saying he saw Appellent drop the $10.00 rock on a dark night, in a dark park, in a known Drug area where drugs are sold, hid, Cost, & sold in order to make case stick. Said $10.00 rock could could have been any bodies. Drug was posessed by Park grown. Also Judge did not even read Motion to dismiss ineffective Councel, Said i could not dismiss Councel She was not going to allow it. No jury of my peers. All of the Blacks were not ask any questions, simply dismiss.

Appellant is in Hospital with colon Cancer. Has had Surgery and is now going through Chemo Theerapy Until April 2014.

Sincerely
Lawrence Edwards Jackson



LUBBOCK TX 794

19 DEC 2014 PM 2 T

Lawrence Edwards Jackson #1874971
Ward-22-38
Montford Unit
8602 Peach Street
Lubbock, Tx 79404

Court Of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

78711-23308